UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:08-CR-3-FL

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER |
| v. | |
| JOSEPH HALL | |

On motion of the Defendant, Joseph Hall, and for good cause shown, it is hereby ORDERED that [DE-84] be sealed until further notice by this Court.

IT IS SO ORDERED.

This  30th  day of May, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge